**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PLAINS ALL AMERICAN PIPELINE, L.P.,<br><br>    Plaintiff,<br><br>  vs.<br><br>RICHARD GEISENBERGER, in his capacity as the Secretary of Finance for the State of Delaware; DAVID M. GREGOR, in his capacity as the State Escheator of the State of Delaware; AND MICHELLE M. WHITAKER, in her capacity as the Audit Manager for the State of Delaware,<br><br>    Defendants. | Civil Action No. 15-cv-00468-RGA |

## RULE 41 STIPULATION OF DISMISSAL

Plaintiff Plains All-American Pipeline, L.P. ("Plains") has opted to convert the pending examination of its compliance with the State of Delaware's unclaimed property laws to a review under the Secretary of State's unclaimed property voluntary disclosure program, pursuant to 12 Del. C. § 1172(b). Accordingly, this dispute is moot. Plains and Defendants Richard Geisenberger, David M. Gregor, and Michelle M. Whitaker, through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned action is dismissed without prejudice, with each party bearing its own attorneys' fees and costs.

1


| | |
|---|---|
| Dated: December 21, 2017 | Respectfully submitted, |
| */s/ Colin R. Robinson* | */s/ Caroline Lee Cross* |
| Bradford J. Sandler, Esq. (No. 4142) | Caroline Lee Cross (No. 3489) |
| Colin R. Robinson, Esq. (No. 5524) | Edward K. Black (No. 5302) |
| Pachulski Stang Ziehl & Jones LLP | Jennifer R. Noel (No. 3987) |
| 919 North Market Street, 17th Floor | Deputy Attorney General |
| Wilmington, Delaware 19801 | Delaware Department of Justice |
| Tel: (302) 652-4100 | Carvel State Office Building |
| Email: bsandler@pszjlaw.com | 820 North French Street, SLC C600 |
| crobinson@pszjlaw.com | Wilmington, DE 19801 |
| | Tel: (302) 577-8814 |
| | Email: Caroline.Cross@state.de.us |
| Phillip B. Dye (*pro hac vice*) | |
| Deborah C. Milner (*pro hac vice*) | |
| Brock Skelley (*pro hac vice*) | |
| Vinson & Elkins LLP | |
| 1001 Fannin Street, Suite 2500 | Steven S. Rosenthal (*pro hac vice*) |
| Houston, TX 77002-6760 | J.D. Taliaferro (*pro hac vice*) |
| Tel: (713) 758-2381 | Loeb and Loeb LLP |
| Facsimile: (713) 615-5040 | 901 New York Ave. NW |
| Email: pdye@velaw.com | Suite 300-East |
| cmilner@velaw.com | Washington, D.C. 20005 |
| bskelley@velaw.com | |
| | Marc S. Cohen (*pro hac vice*) |
| | Loeb and Loeb LLP |
| | 10100 Santa Monica Blvd |
| | Suite 2200 |
| | Los Angeles, CA 90067 |
| *Counsel for Plains All American Pipeline, L.P.* | *Counsel for Defendants Richard J. Geisenberger, David M. Gregor, and Michelle M. Whitaker* |